UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

SIXTO CASTILLO IV, individually and on
behalf of all others similarly situated,

                Plaintiff,

  - against -

6D GLOBAL TECHNOLOGIES, INC. et al.,

                Defendant.
------------------------------------------X

15 Civ. 8061 (RWS)

O R D E R

**Sweet, D.J.**

       The motions of Marc Gross (ECF No. 76), Charles Highsmith, Joseph Puddu, and Mark Ghitis (ECF No. 79), David Lee (ECF No. 81), and Andrew Azer and Derek Strong (ECF No. 84) for appointment as lead plaintiff and approval of lead counsel shall be heard at noon on January 21, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

       It is so ordered.

**New York, NY**
**December ᴢ𝟸/ 2015**

                                    ROBERT W. SWEET
                                        U.S.D.J.