

**The Rosen Law Firm**

INVESTOR COUNSEL

RECEIVE

AUG 30 2016

JUDGE SWEET CHAMBERS

Jonathan Horne
jhorne@rosenlegal.com

August 30, 2016

**BY CM/ECF**

Honorable Robert W. Sweet
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8 30 16

Re: *Sixto Castillo IV v. 6D Global Technologies, Inc. et al.*, No. 15-cv-8061 (RWS)

Dear Judge Sweet:

We represent Lead Plaintiffs Joseph Puddu and Mark Ghitis and named Plaintiffs Valery Burlak and Adam Butter ("Plaintiffs") in the above-captioned securities class action, and also write on behalf of Defendants 6D Global Technologies, Inc., Tejune Kang, Mark Szynkowski, and Terry McEwen (the "6D Defendants", and with Plaintiffs, the "Appearing Parties").

*Briefing schedule on motion to dismiss*

The Appearing Parties write to each request 2 week extensions to the briefing schedule on the 6D Defendants' motions to dismiss (the "Motion") (dkt. # 111). Thus, Plaintiffs request **28** days to file their opposition to the Motion, with the opposition due **September 13**, and the 6D Defendants request 21 days to file their reply in support of the Motion, with their reply due **October 4, 2016**. The Appearing Parties also request a hearing on the Motion to take place on **October 20, 2016, at 12:00 p.m.**

*Adjourning pretrial conference*

In April 2016, the Court had scheduled a Pretrial Conference to take place on September 21, 2016, at 4:00 PM. Dkt. # 108. Thereafter, the Court extended the time for the 6D Defendants to file their Motion. Dkt. # 109, 110. Discovery in the case is stayed pursuant to the Private Securities Litigation Reform Act pending resolution of the Motion. Given the foregoing, the Appearing Parties respectfully submit that the Pretrial Conference should be adjourned to be held at the same time as the hearing on the Motion.

So ordered
Sweet
8-30.16

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827

1

Respectfully submitted,

/s/ Jonathan Horne
Jonathan Horne

Counsel for Plaintiffs

/s/ Peter Flocos
Peter Flocos

Counsel for 6D Defendants

cc:    All counsel of record (by CM/ECF)

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827