**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Jonathan Horne
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: jhorne@rosenlegal.com

Lead Plaintiffs' Counsel

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PUDDU, MARK GHITIS, VALERY BURLAK, and ADAM BUTTER, individually and on behalf of all others similarly situated, | Case No: 15-cv-8061-RWS |
| Plaintiffs, | **CLASS ACTION** |
| v. | |
| 6D GLOBAL TECHNOLOGIES, INC., NYGG (ASIA), LTD., BENJAMIN TIANBING WEI A/K/A BENJAMIN WEY, TEJUNE KANG, MARK SZYNKOWSKI, TERRY MCEWEN, AND NYG CAPITAL LLC D/B/A NEW YORK GLOBAL GROUP, and NYGG (ASIA), LTD. | **JURY TRIAL DEMANDED** |
| Defendants. | |

This Document Relates to: ALL ACTIONS

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Joseph Puddu, Mark Ghitis, Valery Burlak, and Adam Butter, individually and on behalf of all others similarly situated, in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the judgment entered in this action on March 6, 2017 (dkt. # 122).

Dated: April 3, 2017                                    **THE ROSEN LAW FIRM, P.A.**

                                Signature:   /s Jonathan Horne
                                               Jonathan Horne
                                               Laurence M. Rosen
                                               275 Madison Avenue, 34th Floor
                                               New York, NY, 10016
                                               Telephone: (212) 686-1060
                                               Facsimile: (212) 202-3827
                                               Email: lrosen@rosenlegal.com
                                               Email: jhorne@rosenlegal.com

                                               Lead Plaintiffs' Counsel