

**The Rosen Law Firm**

I N V E S T O R   C O U N S E L

Jonathan Horne
jhorne@rosenlegal.com

June 10, 2020

**VIA ECF**

The Hon. Alison J. Nathan
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2102
New York, New York 10007

> The Court hereby adopts the parties' proposed briefing schedule.
> SO ORDERED.

Re:   *Castillo, IV v. 6D Global Technologies, Inc. et al.,* No. 15-cv-8061 (AJN) (SN)

Dear Judge Nathan:

We represent Lead Plaintiffs Joseph Puddu and Mark Ghitis, and Named Plaintiffs Valery Burlak and Adam Butter ("Plaintiffs") in the above-referenced action. We write jointly with Defendant Benjamin Wey to request an extension of time for Defendant Wey to file his anticipated Motion to Dismiss, and an extension of time for Plaintiff's response to that Motion, as well as Defendant Wey's reply.

The Court's May 31, 2020 Order and Opinion (Dkt. No. 213) gave Defendant Wey until June 15 to file a Motion to Dismiss.  By this request, Defendant Wey seeks an additional week to file his motion papers, and Plaintiffs and Defendant Wey have agreed to the following proposed amended schedule for the following events, subject to the Court's approval:

| Event | Current Deadline Under the Court's Order and Local Rule 6.1(b) | Proposed Extended Deadlines |
|---|---|---|
| Defendant Wey's Motion to Dismiss | June 15, 2020 | June 22, 2020 |
| Plaintiffs' opposition to Defendant Wey's Motion to Dismiss | June 29, 2020 | July 22, 2020 |
| Defendant Wey's reply in further support of his Motion to Dismiss | July 6, 2020 | August 12, 2020 |

This is the first request for an extension of time regarding the papers concerning Defendant Wey's anticipated Motion to Dismiss.

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**

Respectfully submitted,

/s/ Jonathan Horne
Jonathan Horne

cc: All counsel (via ECF)

6/12/20

SO ORDERED:

_____

THE HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE