UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/30/21

Joseph Puddu, *et al.*,

        Plaintiffs,

–v–

6D Global Technologies, Inc., *et al.*,

        Defendants.

---

Benjamin Wey,

        Third-Party Plaintiff,

–v–

Adam Hartung and BDO USA, LLP,

        Third-Party Defendants.

15-cv-8061 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court is in receipt of Plaintiffs' motion for issuance of a request for international judicial assistance. Dkt. No. 274. Defendant Wey may file an opposition to this request, if any, by September 2, 2021. If no opposition is filed by that date, the Court will consider the request to be unopposed.

    SO ORDERED.

Dated: August 30, 2021
       New York, New York

_____
ALISON J. NATHAN
United States District Judge