UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SIXTO CASTILLO, IV, et al.,

                Plaintiffs,

-against-

6D GLOBAL TECHNOLOGIES, INC., et al.,

                Defendants.

------------------------------------------------------------X

15-CV-08061 (AJN)(SN)

**DISCOVERY CONFERENCE ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/20/2021

**SARAH NETBURN, United States Magistrate Judge:**

    A discovery conference to discuss the discovery issues raised at ECF 277 and 282 is scheduled for Wednesday, September 22, 2021, at 10:30 a.m. At that time the parties should dial into the Court's dedicated teleconferencing line at (877) 402-9757 and enter Access Code 7938632, followed by the pound (#) key. If this date is unavailable for any party, they must contact Courtroom Deputy Rachel Slusher immediately at (212) 805-0286.

**SO ORDERED.**

                                                _____
                                                SARAH NETBURN
                                                United States Magistrate Judge

DATED:     September 20, 2021
               New York, New York