UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOSEPH PUDDU, et al.,

                              Plaintiffs,                  15-cv-08061 (AJN)(SN)

      -against-                                                     ORDER

6D GLOBAL TECHNOLOGIES, INC., et al.,

                              Defendants.

----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Third-Party Plaintiff Benjamin Wey was ordered to file his Amended Complaint on September 22, 2021. ECF No. 279. By that deadline, he attempted to file his amended complaint but it has been rejected by the Court. Wey is ORDERED to file his Amended Complaint by Wednesday, October 6, 2021. If he fails to properly file his amended complaint by the deadline, he may be precluded from doing so in the future.

**SO ORDERED.**

                                                                       SARAH NETBURN
                                                                   United States Magistrate Judge

DATED:       New York, New York
                October 4, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/4/2021