```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PUDDU, MARK GHITIS, VALERY BURLAK and ADAM BUTTER,

                Plaintiffs,

vs.

6D GLOBAL TECHNOLOGIES, INC., NYGG (ASIA), LTD., BENJAMIN TIANBING WEI a/k/a BENJAMIN WEY, TEJUNE KANG; MARK SZYNKOWSKI, TERRY MCEWEN and NYG CAPITAL LLC d/b/a NEW YORK GLOBAL GROUP,

                Defendants.

Case No.: 1:15-cv-8061-AJN-SN

**ORDER AMENDING SCHEDULE AND ORDERING MEET-AND-CONFER**

WHEREAS, on June 17, 2021, the Court entered a Scheduling Order that had been jointly proposed by Plaintiffs and Mr. Wey. Dkt. No. 256.

WHEREAS, several discovery issues and disputes have necessitated changes to the Scheduling Order.

Good Cause Appearing, it is Ordered that:

1.     Class Certification:

        a.    If Defendants do not stipulate to class certification, pursuant to Fed. R. Civ. P. 23, Plaintiffs shall move for class certification on or before February 3, 2022.

      b. Defendants shall respond to any motion for class certification and submit an expert report(s), if any, on or before April 28, 2022.

      c. Plaintiffs shall file any reply in support of class certification on or before May 31, 2022.

2. The other dates in the Scheduling Order remain the same.

3. Fed. R. Civ. P. 6(a)(1)(C) shall apply to all deadlines set forth above.

4. The Parties shall meet and confer to discuss Defendant Wey's email accounts before December 3, 2021.

---

The parties shall file a joint status letter on their negotiations on the outstanding discovery issues by Monday, December 13, 2021. The letter should address whether an in-person conference would be helpful in resolving these disputes.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated: December 3, 2021
      New York, New York