**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X

JOSEPH PUDDU, et al.,

                                        Plaintiffs,

                    -against-

6D GLOBAL TECHNOLOGIES, Inc., et al.,

                                        Defendants.

-------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: __ 12/14/2021 __

**15-CV-08061 (AJN)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

By Monday, January 3, 2022, the parties shall file a status letter with the Court on the discovery disputes discussed in their joint letter filed on December 13, 2021. ECF No. 317. The letter shall state whether the parties believe that a conference is necessary.

If a conference is necessary, it will be held in-person on Tuesday, January 4, 2022, at 10 A.M. in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007. It is ORDERED that per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken. Please see the enclosed instructions.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           December 14, 2021

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.