USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/27/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH PUDDU, et al.,

                              **Plaintiffs,**

        -against-

**6D GLOBAL TECHNOLOGIES, Inc., et al.,**

                              **Defendants.**

-------------------------------------------------------------X

15-CV-08061 (AJN)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The conference scheduled for Tuesday, January 4, 2022, at 10:00 a.m. will now be held telephonically. At the time of the conference, the parties shall dial into the Court's dedicated teleconferencing line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

                                                            _____
                                                            SARAH NETBURN
                                                            United States Magistrate Judge

DATED:      December 27, 2021
                 New York, New York