```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/4/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

JOSEPH PUDDU, et al.,

                                      **Plaintiffs,**                     15-CV-08061 (AJN)(SN)

       -against-                                                **ORDER**

6D GLOBAL TECHNOLOGIES, Inc., et al.,

                                      **Defendants.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       A settlement conference is scheduled for Monday, February 14, 2022, at 10:00 a.m. and will be held telephonically. The Court will provide dial-in information before the conference.

       The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the Ex Parte Settlement Letters and Acknowledgment Forms, which are to be submitted by Monday, February 7, 2022, by e-mail to Netburn_NYSDChambers@nysd.uscourts.gov. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                                    _____
                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      January 4, 2022
                   New York, New York