```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                          :
JOSEPH PUDDU, MARK GHITIS, VALERY         :    15cv8061 (DLC)
BURLAK, and ADAM BUTTER,                  :
                                          :         ORDER
                     Plaintiffs,          :
         -v-                              :
                                          :
NYGG (ASIA) LTD. and BENJAMIN             :
TINGBIANG WEI,                            :
                                          :
                     Defendants.          :
                                          :
------------------------------------------X
```

DENISE COTE, District Judge:

    This case has been reassigned to me for all purposes. On February 8, 2022 the above captioned case was referred to Magistrate Judge Sarah Netburn for general pretrial and for dispositive motions. It is hereby

    ORDERED that the referral is vacated.

    SO ORDERED:

Dated:   New York, New York
           April 19, 2022

                                      _____
                                        DENISE COTE
                              United States District Judge