

April 20, 2022

**Via ECF**

District Judge Hon. Denise L. Cote
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18B
New York, New York 10007-1312

> Granted.
> 4/21/2022
>
> _____
> DENISE COTE
> United States District Judge

Re: *Puddu, et al. v. 6D Global Technologies, Inc., et al.*, Case No. 15-cv-8061-DLC
     Letter Motion For An Extension of Time

Dear Judge Cote:

    We are co-counsel to Defendant Benjamin Wey in the above-referenced action. We are writing this letter motion to respectfully request a two-week extension to submit Defendant's opposition to Plaintiffs' motion for class certification (Docs. 334-336), so that such opposition shall be due on or before May 12, 2022.

    We respectfully request that there is good cause for the sought-after brief extension. Our law firm has just appeared in this action today (see Docs. 340-341) as co-counsel for Defendant Benjamin Wey, and we are the attorneys who will be preparing the Defendant's opposition to the motion for class certification. Currently, Defendant's opposition is due on April 28, 2022. Because we just appeared in this action today, we please need a brief extension in order to study the motion and prepare Defendant's opposition papers.

    We asked the Plaintiffs' counsel if they would consent to our request for a two-week extension, and Plaintiffs' counsel graciously consented to our request.

    Accordingly, we respectfully request that the Court grant Defendant a two-week extension to submit papers in opposition to Plaintiffs' motion for class certification (Docs. 334-336), such that Defendant's opposition papers shall be due on May 12, 2022.

    We thank the Court for its consideration.

                                                        Respectfully submitted,

                                                         /s/ Tom M. Fini
                                                         Tom M. Fini, Esq.

cc:   all counsel of record (via ECF)

Tom M. Fini                                                                                                              tom@catafagofini.com