```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JOSEPH PUDDU, MARK GHITIS, VALERY     :
BURLAK, and ADAM BUTTER,              :
                                      :
                    Plaintiffs,       :
                                      :      15cv8061 (DLC)
          -v-                         :
                                      :          ORDER
NYGG (ASIA) LTD. and BENJAMIN TINBIANG :
WEI a/k/a/ BENJAMIN WEY,              :
                                      :
                    Defendants.       :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having received on July 1, 2022 the plaintiffs' letter, it is hereby

ORDERED that any opposition to the letter shall be due no later than **July 8, 2022.**

IT IS FURTHER ORDERED that the parties shall appear in a conference on **Thursday, July 14, at 11:00 am** in Courtroom 18B, 500 Pearl Street.

SO ORDERED:

Dated:   New York, New York
         July 5, 2022

                              _____
                                       DENISE COTE
                              United States District Judge