

# The Rosen Law Firm
INVESTOR COUNSEL

Michael Cohen, Esq.
mcohen@rosenlegal.com

July 8, 2022

**By ECF**
The Honorable Denise L. Cote
United States District Court Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 18B
New York, NY 10007-1312

Re:   *Puddu v. 6D Global Technologies, Inc.*, Case No. 15-cv-08061-DLC
      Letter Concerning Scheduling of Conference

Dear Judge Cote:

We represent Plaintiffs in the above-referenced action, and we write to request an alternate date for the conference that the Court has scheduled for Thursday, July 14. Dkt. No. 359. The parties have conferred, and can be available at a date after Tuesday, July 19, that is convenient for the Court. We thank the Court for its consideration.

*[Handwritten: The conference is adjourned to July 29 at 3:00 pm. /s/ Denise Cote 7/11/22]*

Respectfully submitted,

/s/ Michael Cohen
Michael Cohen, Esq.

cc:   All counsel of record by ECF