```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
JOSEPH PUDDU, MARK GHITIS, VALERY         :
BURLAK, and ADAM BUTTER,                  :
                                          :        15cv8061 (DLC)
                      Plaintiffs,         :
              -v-                         :        ORDER
                                          :
NYGG (ASIA), LTD. and BENJAMIN            :
TIANBING WEI a/k/a/ BENJAMIN WEY,         :
                                          :
                      Defendants.         :
                                          :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On October 6, 2022, the plaintiffs filed a motion for sanctions against defendant Benjamin Wey.  Accordingly, it is hereby

ORDERED that any opposition to the motion is due on **October 21, 2022.**  Any reply in support of the motion is due **October 28, 2022.**  At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of the papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

　　SO ORDERED:

Dated:   New York, New York
         October 7, 2022

                                    _____
                                          DENISE COTE
                                    United States District Judge