```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JOSEPH PUDDU, MARK GHITIS, VALERY       :
BURLAK, and ADAM BUTTER,                :
                                        :      15cv8061 (DLC)
                          Plaintiffs,   :
                -v-                     :          ORDER
                                        :
NYGG (ASIA), LTD. and BENJAMIN          :
TIANBING WEI a/k/a/ BENJAMIN WEY,       :
                                        :
                          Defendants.   :
                                        :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

It having been reported to the Court that the parties have reached a settlement of this class action, it is hereby

ORDERED that the plaintiff's October 6, 2022 motion for sanctions is terminated as moot.

IT IS FURTHER ORDERED that the parties shall move for preliminary approval of their class action settlement agreement no later than **February 3, 2023**. This date is firm and shall not be extended

SO ORDERED:

Dated:   New York, New York
         October 18, 2022

                                    _____
                                           DENISE COTE
                                    United States District Judge