UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PUDDU, MARK GHITIS, VALERY BURLAK, and ADAM BUTTER,<br><br>Plaintiff,<br><br>vs.<br><br>6D GLOBAL TECHNOLOGIES, INC., NYGG (ASIA), LTD., BENJAMIN TIANBING WEI A/K/A BENJAMIN WEY, TEJUNE KANG, MARK SZYNKOWSKI, TERRY MCEWEN, AND NYG CAPITAL LLC D/B/A NEW YORK GLOBAL GROUP,<br><br>Defendants. | Case No.: 15-cv-8061-DLC<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES** |

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e), Lead Plaintiffs Joseph Puddu and Mark Ghitis, and Named Plaintiffs Valery Burlak and Adam Butter (collectively, "Plaintiffs") hereby move this Court, the Honorable Denise L. Cote, United States District Judge of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 18B, New York, NY 10007, for entry of an Order (a) preliminarily approving the settlement between Plaintiffs and Defendant Benjamin Wey; (b) approving the notice to the Class of the Proposed Settlement, in substantially the same form as the Notice of Proposed Settlement of Class Action; and (c) scheduling a final approval hearing for a date at the Court's convenience. A table setting forth the requested schedule of events is set forth below:

1

| Event | Deadline for Compliance |
|---|---|
| Date for Final Settlement Hearing. | At least 180 days after the Court preliminarily approves the settlement. |
| Mailing of Notice and Proof of Claim and Release. | No later than sixteen days after the entry of Preliminary Approval Order. |
| Publication of Summary Notice. | No later than ten calendar days after Mailing of Notice and Proof of Claim and Release. |
| Deadline for filing Proofs of Claim. | No later than thirty calendar days before the Final Settlement Hearing. |
| Filing deadline for requests for exclusion. | No later than 180 days after the Court preliminarily approves the settlement. |
| Filing deadline for objections. | No later than 180 days after the Court preliminarily approves the settlement. |
| Date for Lead Plaintiffs to file and serve papers in support of the Settlement, the Plan of Allocation and for application for attorneys' fees and reimbursement of expenses. | No later than 166 days after the Court preliminarily approves the settlement. |

Dated: February 3, 2023                                    Respectfully Submitted,

**THE ROSEN LAW FIRM, P.A**

/s/ Jonathan Horne
Jonathan Horne, Esq.
Laurence M. Rosen, Esq.
Michael A. Cohen, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: mcohen@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this, February 3, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Jonathan Horne
Jonathan Horne