UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JOSEPH PUDDU, MARK GHITIS, VALERY        :
BURLAK, and ADAM BUTTER,                 :
                                         :
                    Plaintiffs,          :
                                         :    15cv8061 (DLC)
        -v-                              :
                                         :    ORDER
NYGG (ASIA) LTD. and BENJAMIN TINBIANG   :
WEI a/k/a/ BENJAMIN WEY,                 :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X

DENISE COTE, District Judge:

On February 3, 2023, lead plaintiffs moved for preliminary approval of a class action settlement. On March 3, lead plaintiffs submitted a revised notice of class action settlement. On March 6, defendant submitted a corrected revised notice of class action settlement. The Court has further revised the notice. Accordingly, it is hereby

ORDERED that, by **March 15, 2023**, the parties shall submit any proposed revisions or objections to the attached proposed notice.

Dated:   New York, New York
         March 9, 2023

                                   _____
                                         DENISE COTE
                                   United States District Judge