```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JOSEPH PUDDU, MARK GHITIS, VALERY         :
BURLAK, and ADAM BUTTER,                  :
                                          :
                         Plaintiffs,      :
                                          :    15cv8061 (DLC)
          -v-                             :
                                          :         ORDER
NYGG (ASIA) LTD. and BENJAMIN TINBIANG    :
WEI a/k/a/ BENJAMIN WEY,                  :
                                          :
                         Defendants.      :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

On February 3, 2023, lead plaintiffs moved for preliminary approval of a class action settlement. On March 9, the Court provided a revised notice of class action settlement (the "March 9 Notice") and ordered the parties to submit any revisions by March 15. On March 24, defendant Wey submitted a letter noting the parties' approval of the March 9 Notice, subject to three typographical corrections. Accordingly, it is hereby

ORDERED that the revised March 9 Notice, attached as Exhibit B to defendant Wey's March 24 letter, is approved.

IT IS FURTHER ORDERED that a hearing on final approval of the proposed class action settlement ("Fairness Hearing") pursuant to Fed. R. Civ. P. 23(e) shall be held on **October 6, 2023** at **10:00 a.m.** in Courtroom 18B, 500 Pearl Street, New York, NY 10007.

IT IS FURTHER ORDERED that the lead plaintiffs shall submit no later than **March 31, 2023** a revised proposed order for preliminary approval of class settlement. The revised proposed order shall reference the corrected revised notice of class action settlement submitted by defendant Wey on March 24. Any attachments referenced in the revised proposed order must be attached to the revised proposed order.

IT IS FURTHER ORDERED that the lead plaintiffs shall submit no later than **March 31, 2023** a revised schedule for notice and approval of the class action settlement consistent with the Fairness Hearing's October 6 date.

SO ORDERED:

Dated: New York, New York
March 24, 2023

_____
DENISE COTE
United States District Judge