UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSEPH PUDDU, MARK GHITIS, VALERY BURLAK, and ADAM BUTTER,<br><br>Plaintiff,<br><br>vs.<br><br>6D GLOBAL TECHNOLOGIES, INC., NYGG (ASIA), LTD., BENJAMIN TIANBING WEI A/K/A BENJAMIN WEY, TEJUNE KANG, MARK SZYNKOWSKI, TERRY MCEWEN, AND NYG CAPITAL LLC D/B/A NEW YORK GLOBAL GROUP,<br><br>Defendants. | Case No.: 15-cv-8061-DLC<br><br>[PROPOSED] ORDER AWARDING ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND AWARDS TO PLAINTIFFS |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, The Rosen Law Firm, P.A. ("Rosen"), appointed by the Court as Lead Counsel for the Class, has petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiffs Joseph Puddu and Mark Ghitis and Named Plaintiffs Valery Burlak and Adam Butter ("Plaintiffs") and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and Awards to Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement filed on February 3, 2023 (the "Stipulation") (Dkt. No. 386); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Lead Counsel during the final approval hearing on October 6, 2023, and due consideration having been had thereon.

NOW, THEREFORE, it is hereby ordered:

1.   Rosen is awarded one-third of the Settlement Fund or $86,666.67 as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2.   Rosen shall be awarded expenses in the amount of $60,217.32.

3.   Plaintiffs shall be awarded $7,000 in total, as incentive awards and reimbursement for their lost time and expenses in connection with their prosecution of this action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and Award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**

Dated: November 1, 2023

HON. DENISE L. COTE
UNITED STATES DISTRICT JUDGE